UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-7291__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Joseph Lightsey, M.D. and Sher Guleria, M.D.__

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_Elizabeth P. McCullough_
(signature)

__Elizabeth P. McCullough__                __919-782-6860__
Name (printed or typed)                     Voice Phone

__Young, Moore & Henderson__                __919-782-6753__
Firm Name (if applicable)                   Fax Number

__Post Office Box 31627__

__Raleigh, NC 27622__                       __epm@youngmoorelaw.com__
Address                                     E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on __August 27, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Samuel Junior Jackson
0951802
Nash Correctional Institution
P.O. Box 600
Nashville, NC 27856

_Elizabeth P. McCullough_                   __August 27, 2013__
Signature                                   Date

11/17/2011
SCC