UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

CONSENT TO COLLECTION OF FEES
FROM TRUST ACCOUNT FOR APPEAL

No. 13-7291,    <u>Samuel Jackson v. Joseph Lightsey</u>
5:11-ct-03221-F

**FEE AMOUNT:** $455    **PAYABLE TO:** Clerk, U.S. District Court

I, SAMUEL JACKSON, # D951802, hereby consent for the appropriate prison officials to assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my petition; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my petition.

I further consent for the appropriate prison officials to collect:

> monthly payments of 20 percent of my preceding month's income and forward the payments to the Clerk, U.S. District Court, each time the amount in the account exceeds $10 until the filing fee has been paid in full.

I understand that by signing this consent I agree to payment of the full filing fee from my trust account regardless of whether I later choose to dismiss my appeal or the court decides my appeal before the entire amount has been paid. I understand that once consent to the collection of fees has been given it cannot be withdrawn.

Signature _Samuel Jackson_ Date _9-20-13_

RETURN, STAMP, & FILE.