FILED: October 28, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7291
(5:11-ct-03221-F)
_____

SAMUEL JUNIOR JACKSON

        Plaintiff - Appellant

v.

DR. JOSEPH LIGHTSEY; DR. SHER GALERIA

        Defendants - Appellees

and

N.C. D.O.C. MEDICAL STAFF

        Defendant

_____

RULE 45 MANDATE
_____

        This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

        This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*