### UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

April 28, 2014

Daniel S. Harawa
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington DC 20004

RE:  Case No. 13-7291, Jackson v. Lightsey

Dear Mr. Harawa:

Thank you for agreeing to be assigned as counsel on behalf of the appellant in this appeal.

The issues of particular interest to the Court are:  (1) whether Defendants' motion to dismiss sufficiently demonstrated that Jackson's requests for injunctive relief are moot; and (2) whether the district court erred by dismissing Jackson's claims for damages.

You are free to brief and argue any other issues that may appear meritorious.

The maximum authorized compensation is $750, plus expenses.  A maximum hourly rate of $126 applies to both in-court and out-of-court work.  Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

The case manager assigned to this appeal, Mike Radday, will assist you with any procedural inquiries; he also can be reached at (804) 916-2700.  Please contact me at (804) 916-2900 for any other assistance.

You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office.  The electronic record is available through PACER.  The Clerk's Office will provide you with instructions for registering for a fee-exempt PACER account.

Daniel S. Harawa
April 28, 2014
Page 2

We appreciate your assistance to the Court in accepting this assignment.

Very truly yours,

Robert W. Jaspen

RWJ/kdd

cc:    Samuel Junior Jackson
       Kelly Street Brown, Esq.
       Elizabeth Pharr McCullough, Esq.