UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-7291__ as

[ ] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [✓] Pro Bono  [ ] Government

COUNSEL FOR: __Samuel Jackson__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

Daniel Scott Harawa
Name (printed or typed)

Covington & Burling LLP
Firm Name (if applicable)

1201 Pennsylvania Ave., NW

Washington, DC 20004
Address

202-662-5850
Voice Phone

202-778-5850
Fax Number

dharawa@cov.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __May 1, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____
Signature

__May 1, 2014__
Date

11/17/2011
SCC